# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Allen Ray Cook** ) | **Case No. 12-11375-NLJ** |
| **Andrea Cook** ) | **Chapter 13** |
| ) | |
| Debtors. ) | |

## STIPULATION REGARDING CHAPTER 13 PLAN

Come Now Allen Ray Cook and Andrea Cook, Debtors, and John Hardeman, Chapter 13 Trustee ("the parties"), and file the following stipulation regarding the Chapter 13 plan of the debtors. The debtors seek the authorization of the Trustee to incur debt to purchase a vehicle with a purchase price of not more than $15,000; however, the plan of the debtors is not feasible with the current plan payment. As a result, the Trustee agrees to the approval of the vehicle loan only upon the plan being made feasible. In order to accomplish this result, the parties stipulate that the plan payment shall increase to $885 beginning in July, 2013. The Trustee further approves the request of the debtors to incur debt of up to $15,000 to purchase a vehicle with a purchase price of up to $15,000.

STIPULATION APPROVED BY:

s/Monte J. White_____    s/Linda Ruschenberg_____
Monte J. White, TX Bar #00785232         Linda Ruschenberg, OBA #12842
1106 Brook Ave.                          321 Dean A. McGee Ave.
Hamilton Place                           P.O. Box 1948
Wichita Falls, TX 76301                  Oklahoma City, OK  73101-1948
(940) 723-0099                           (405) 236-4843
legal@montejwhite.com                    (405) 236-1004 (fax)
Attorney for Debtors                     13trustee@chp13okc.com
                                         Attorney for Chapter 13 Trustee